**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION <br><br> PLAINTIFF(S) <br> v. <br><br> JUSTIN VINEYARDS AND WINERY LLC, ET AL. <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 22-6039 CAS <br><br> **ORDER RETURNING CASE FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 21-01.

September 14, 2022
Date

*Christina A. Snyder*
United States District Judge

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___Percy Anderson___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___PA___ after the case number in place of the initials of the prior judge so that the case number will read ___2:22-cv-06039 PA(RAOx)___. This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89 (03/21)                    ORDER RETURNING CASE FOR REASSIGNMENT