STAN S. MALLISON (SBN 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (SBN 206336)
  HectorM@TheMMLawFirm.com
TANIA FONSECA (SBN 332545)
  TFonseca@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Counsel for Prospective Intervenor Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>**ANONYMOUS PLAINTIFF ONE THROUGH FOUR,**<br><br>Prospective Intervenor Plaintiffs<br><br>v.<br><br>**JUSTIN VINEYARDS & WINERY, LLC; THE WONDERFUL COMPANY LLC, and DOES 1-10, inclusive,**<br><br>Defendants. | Case No. 2:22-cv-06039-PA-RAO<br><br>**DECLARATION OF TANIA FONSECA IN SUPPORT OF PROSPECTIVE INTERVENORS' MOTION TO INTERVENE AS PLAINTIFFS**<br><br>*Honorable District Judge Percy Anderson* |

I, Tania Fonseca, respectfully declare as follows:

1. I am an attorney-at-law, licensed to practice in the State of California, and I am an Associate Attorney at Mallison & Martinez, counsel for Prospective Intervenor Plaintiffs. I am familiar with the litigation and the dispute from which it arises. The facts stated in this declaration are true to my own personal knowledge, except as to any matters state on information and belief, and as to those matters, I am informed and believe them to be true.

2. I submit this declaration in support of Prospective Intervenors Motion for Leave to Intervene as Plaintiffs in *EEOC v. Justin Vineyards & Winery, LLC, et. al.*

3. On June 12, 2018, Prospective Intervenor One filed a charge of discrimination against the Defendant alleging facts contained in the *EEOC v. Justin Vineyards* complaint. On September 29, 2022, our office received notice that the EEOC issued a Dismissal and Notice of Rights

4. On January 11, 2022, the EEOC issued its letter of determination. The EEOC's Letters of Determination advised that the investigation supported a finding that a class of similarly situated individuals were subjected to unlawful employment discrimination based upon their sex, female, and harassment, in violation of Title VII. Prior to instituting this lawsuit, the EEOC attempted to eliminate the unlawful employment practices herein alleged and to effect voluntary compliance with Title VII through informal methods of conciliation, conference, and persuasion within the meaning of Title VII, 42 U.S.C. Sections 2000e-5(b) and 2000e-6. The Commission was unable to secure from DEFENDANTS a conciliation agreement acceptable to the Commission. Hence, the Commission issued to DEFENDANTS a Notice of Failure of Conciliation. All conditions precedent to the institution of this lawsuit have been fulfilled.

5. On August 25, 2022, the EEOC filed a complaint agaisnt Defendants Justin Vineyards & Winery, LLC and The Wonderful Company, LLC. The action was brought under Title VII of the Civil Rights Act of 1964 ("Title VII") as amended, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices based on sex (female).

6. Prospective Intervenors Two Through Four are similarly situated females who

experienced a similar type of sexual harassment as Prospective Intervenor One who is the charging party in *EEOC v. Justin Vineyards*. As a result, Prospective Intervenors Two through Four are aggrieved persons and have a right to intervene pursuant to the single filing rule, also known as the "piggybacking" rule.

7. Per Federal Rules of Civil Procedure, Rule 24(a) and (b), Prospective Intervenor Plaintiffs move the Court for an order granting them leave to intervene in this action and file the proposed Complaint in Intervention, attached as **Exhibit 1** to this declaration.

8. I have notified all other parties that this motion would be made by service or mail of a copy of all documents in connection with this motion, namely, Notice of Motion and Motion to Intervene as Plaintiffs, Declaration of Tania Fonseca in Support of Motion to Intervene, [Proposed] Complaint in Intervention (Demand for Jury Trial), and [Proposed] Order Granting Motion to Intervene as Plaintiffs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 22nd day of November 2022.

By: /s/ Tania Fonseca
Tania Fonseca