KRISTINA M. DIAZ (SBN 151566)
kristina.diaz@roll.com
LISA A. STILSON (SBN 196059)
lisa.stilson@roll.com
JENNA W. LOGOLUSO (SBN 266685)
jenna.logoluso@roll.com
MATTHEW C. ONYETT (SBN 295419)
matthew.onyett@roll.com
LAUREN BABST (SBN 313156)
lauren.babst@roll.com
ROLL LAW GROUP PC
11444 West Olympic Boulevard
Los Angeles, California 90064-1557
Telephone:   (310) 966-8400
Facsimile:    (310) 966-8810

Attorneys for Defendants
JUSTIN VINEYARDS & WINERY LLC
THE WONDERFUL COMPANY LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN VINEYARDS & WINERY LLC, THE WONDERFUL COMPANY LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-06039 PA (RAOx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A STAY FOR FAILURE TO ENGAGE IN THE CONCILIATION PROCESS, OR FOR A MORE DEFINITE STATEMENT**<br><br>[Assigned to District Judge Percy Anderson and Magistrate Judge Rozella A. Oliver]<br><br>[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities, and Declaration of Lisa A. Stilson]<br><br>Judge:  Hon. Percy Anderson<br>Date:   January 23, 2023<br>Time:   1:30 p.m.<br>Ctrm:   9A<br><br>Action filed:  August 25, 2022<br>Trial date:    None set |

{3342940.1}                                                                 2:22-cv-06039 CAS (RAOx)

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THE ACTION, OR FOR AN ORDER REQUIRING A MORE DEFINITE STATEMENT

The motion of Defendants Justin Vineyards & Winery LLC and The Wonderful Company LLC ("Defendants") for an order dismissing Plaintiff U.S. Equal Opportunity Employment Commission's ("EEOC") Complaint, pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), or, in the alternative, for a stay of the action for failure to engage in the conciliation process, or for a more definite statement pursuant to FRCP 12(e), was presented to this Court for determination. After consideration of the argument of counsel, Defendants' papers, and Plaintiff's response thereto, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss Plaintiff's Complaint is GRANTED as to all causes of action in the Complaint, and the Complaint is dismissed without leave to amend.

**IT IS SO ORDERED.**

DATED: January ___, 2023

_____
Hon. Percy Anderson
United States District Judge