Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Taylor Markey, SBN 319557
taylor.markey@eeoc.gov
Maurice Neishlos, SBN 338942
maurice.neishlos@eeoc.gov
Chanmealea Thou, SBN 326469
chanmealea.thou@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3008
Facsimile: (213) 894-1301
Email: lado.legal@eeoc.gov
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN VINEYARDS & WINERY LLC, THE WONDERFUL COMPANY LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-6039-PA (RAOx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR A STAY FOR FAILURE TO ENGAGE IN THE CONCILIATION PROCESS, OR FOR A MORE DEFINITE STATEMENT** |

-1-

Case No.: 2:22-CV-6039-PA (RAOx)

1  The motion to dismiss Plaintiff U.S. Equal Opportunity Employment Commission's ("EEOC")'s Complaint pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), or, in the alternative, for a stay for failure to engage in the conciliation process, or for a more definite statement pursuant to FRCP 12(e) filed by Defendants Justin Vineyards & Winery LLC and The Wonderful Company LLC ("Defendants"), was presented to this Court for determination. After consideration of the argument of counsel, Defendants' papers, and Plaintiff's response thereto, and no good cause appearing therefor:

IT IS HEREBY ORDERED that Defendants' motion to dismiss Plaintiff's Complaint is DENIED.

IT IS FURTHER ORDERED that Defendants' motion for a stay for failure to engage in the conciliation process is DENIED.

IT IS FURTHER ORDERED that Defendants' motion for a more definite statement is DENIED.

IT IS SO ORDERED.

DATED: January___, 2023

_____
Honorable Percy Anderson
United States District Judge