KRISTINA M. DIAZ (SBN 151566)
kristina.diaz@roll.com
LISA A. STILSON (SBN 196059)
lisa.stilson@roll.com
JENNA W. LOGOLUSO (SBN 266685)
jenna.logoluso@roll.com
MATTHEW C. ONYETT (SBN 295419)
Matthew.Onyett@roll.com
LAUREN BABST (SBN 313156)
lauren.babst@roll.com
ROLL LAW GROUP PC
11444 West Olympic Boulevard
Los Angeles, California 90064-1557
Telephone:  (310) 966-8400
Facsimile:  (310) 966-8810

Attorneys for Defendants,
JUSTIN VINEYARDS & WINERY LLC
THE WONDERFUL COMPANY LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN VINEYARDS & WINERY LLC, THE WONDERFUL COMPANY LLC, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-06039 PA (RAOx) <br><br> **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PROSPECTIVE INTERVENOR'S NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE AS PLAINTIFFS** <br><br> [Assigned to the Honorable Judge Percy Anderson] <br><br> DATE:   January 23, 2023 <br> TIME:   1:30 PM <br> CRTRM: 9A |
|---|---|

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Defendants Justin Vineyards & Winery LLC and The Wonderful Company LLC ("Defendants") submit this statement of non-opposition in response to the prospective intervenors' ("Prospective Intervenors") motion for leave to intervene as plaintiffs. Per the stipulation between Defendants and Prospective Intervenors,

1  Defendants have received and reviewed the motion and do not oppose the Motion
2  for Leave to Intervene as Plaintiffs.  Defendants, however, disagree with the factual
3  allegations contained therein and, further, reserve their right to otherwise challenge
4  the complaint and/or move to compel the Intervenor Plaintiffs to arbitration.

DATED:  January 3, 2022		ROLL LAW GROUP PC

					By: /s/ Jenna W. Logoluso
					Jenna W. Logoluso
					Attorneys for Defendants,
					JUSTIN VINEYARDS & WINERY LLC
					THE WONDERFUL COMPANY LLC