Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Taylor Markey, SBN 319557
taylor.markey@eeoc.gov
Maurice Neishlos, SBN 338942
maurice.neishlos@eeoc.gov
Chanmealea Thou, SBN 326469
chanmealea.thou@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3008
Facsimile: (213) 894-1301
Email: lado.legal@eeoc.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JUSTIN VINEYARDS & WINERY LLC, THE WONDERFUL COMPANY LLC, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-cv-6039-PA (RAOx)<br><br>**PLAINTIFF EEOC'S NOTICE OF NON-OPPOSITION TO PROSPECTIVE INTERVENOR PLAINTIFFS' MOTION FOR LEAVE TO INTERVENE AS PLAINTIFFS (DKT. NO. 24)**<br><br>Judge: Honorable Percy Anderson<br>Date: January 23, 2023<br>Time: 1:30 PM<br>Courtroom: 9A |

TO THE COURT, DEFENDANTS, PROSPECTIVE INTERVENOR PLAINTIFFS, AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to Local Rule 7-16, that Plaintiff the United States Equal Employment Opportunity Commission does not oppose Prospective Intervenor Plaintiffs' Motion for Leave to Intervene as Plaintiffs (Docket No. 24) filed on December 20, 2022 and set for hearing on January 23, 2023.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Anna Y. Park
Regional Attorney

Date: January 11, 2023    By:    /s/ Chanmealea Thou
Chanmealea Thou
Trial Attorney