Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Taylor Markey, SBN 319557
taylor.markey@eeoc.gov
Maurice Neishlos, SBN 338942
maurice.neishlos@eeoc.gov
Chanmealea Thou, SBN 326469
chanmealea.thou@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3008
Facsimile: (213) 894-1301
Email: lado.legal@eeoc.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN VINEYARDS & WINERY LLC, THE WONDERFUL COMPANY LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-6039-PA (RAOx)<br><br>**NOTICE OF ERRATA RE: PLAINTIFF EEOC'S REQUEST TO APPEAR VIA TELEPHONE OR VIDEOCONFERENCE (DOCKET NO. 29)** |

-2-

TO THE COURT, DOCKET CLERK, DEFENDANTS, PROSPECTIVE INTERVENOR PLAINTIFFS, AND COUNSEL OF RECORD:

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") inadvertently set its request in Docket No. 29 to be heard by the Court on January 23, 2023 at 1:30 PM. The EEOC requests the Court and Docket Clerk disregard the hearing date and instead act upon Docket No. 29, the EEOC's request to appear by telephone or videoconference, in advance of January 23, 2023.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Anna Y. Park
Regional Attorney

Date: January 17, 2023     By:     /s/ Chanmealea Thou
                                   Chanmealea Thou
                                   Trial Attorney