# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 22-6039 PA (RAOx) | Date | January 17, 2023 |
|---|---|---|---|
| Title | U.S. Equal Employment Opportunity Commission v. Justin Vineyards and Winery LLC, et al. | | |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:
None  None

**Proceedings:**  IN CHAMBERS — COURT ORDER

The Court has before it Plaintiff' EEOC's Request to Appear Via Telephone or Videoconference. As an initial matter, Plaintiff's filing is procedurally improper. Specifically, Plaintiff has violated the Local Rules by filing a "Request." There is no "Request" contemplated by the Local Rules. Instead, Local Rule 6-1 states:

> Unless otherwise provided by rule or order of the Court, no oral motions will be recognized and every motion shall be presented by a written notice of motion. The notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing, and shall be served on each of the parties electronically or, if excepted from electronic filing, either by deposit in the mail or by personal service. If mailed, the notice of motion shall be served not later than thirty-one (31) days before the Motion Day designated in the notice. If served personally , or electronically, the notice of motion shall be served not later than twenty-eight (28) days before the Motion Day designated in the notice.

In addition to the filing of a noticed motion in compliance with the applicable Local Rules, a party may seek relief through the filing of an Ex Parte Application pursuant to Local Rule 7-19 and the Court's orders. Plaintiff's "Request" does not comply with the requirements for Ex Parte Applications or noticed motions. Plaintiff may not evade the requirements for noticed motions and Ex Parte Applications simply by labeling its filings as a "Requests." Any future "Requests" filed by Plaintiff will be summarily denied. Notwithstanding Plaintiff's failure to comply with the Local Rules of this Court, Plaintiff's counsel may appear by Zoom. Please refer to the Judges' Procedures and Schedules on the Court's website at www.cacd.uscourts.gov for Zoom Webinar Information for the assigned district judge.

IT IS SO ORDERED.