# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　　　　　　　　　　　　　PLAINTIFF(S)<br>　　　v.<br>JUSTIN VINEYARDS AND WINERY LLC, et al.,<br>　　　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER:<br>2:22-cv-06039-PA-RAO<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 2/6/2023 | 42, 43 | Answer to Complaint |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐　The document is stricken
☐　The hearing date has been rescheduled to _____ at _____.
☑　A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐　Other:

Dated:　2/7/2023　　　　　　　　　　　　　By:　Percy Anderson, U.S. District Judge
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge / U.S. Magistrate Judge

G-112B (08/22)　　　ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT