KRISTINA M. DIAZ (SBN 151566)
kristina.diaz@roll.com
LISA A. STILSON (SBN 196059)
lisa.stilson@roll.com
JENNA W. LOGOLUSO (SBN 266685)
jenna.logoluso@roll.com
MATTHEW C. ONYETT (SBN 295419)
Matthew.Onyett@roll.com
LAUREN BABST (SBN 313156)
lauren.babst@roll.com
ROLL LAW GROUP PC
11444 West Olympic Boulevard
Los Angeles, California 90064-1557
Telephone:  (310) 966-8400
Facsimile:   (310) 966-8810

Attorneys for Defendants,
JUSTIN VINEYARDS & WINERY LLC
THE WONDERFUL COMPANY LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN VINEYARDS & WINERY LLC, THE WONDERFUL COMPANY LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-06039 PA (RAOx)<br><br>**DEFENDANT JUSTIN VINEYARDS & WINERY LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE AND CERTIFICATION OF INTERESTED PARTIES (FRCP 7.1 AND LOCAL RULE 7.1-1)**<br><br>[Assigned to the Honorable Judge Percy Anderson] |

Defendant, Justin Vineyards & Winery LLC ("Justin") (pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1 of the United States District Court for the Central District of California), files its Corporate Disclosure Statement, and states as follows:  Justin is 100% owned by Luxury Wine Holdings LLC.  No publicly held corporation owns 10% or more of the stock of Justin.

//

//

{3354860.1}   2:22-cv-06039 PA (RAOx)

DEFENDANT JUSTIN VINEYARDS & WINERY LLC'S NOTICE AND CERTIFICATION OF INTERESTED PARTIES (FRCP 7.1 AND LOCAL RULE 7.1-1)

Additionally, Justin, pursuant to Local Rule 7.1-1, files its notice of Interested Parties,[1] and states as follows: The undersigned, counsel of record for Justin certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable to the Court to evaluate possible disqualification or recusal.

1. The Wonderful Company LLC (Defendant);
2. The Stewart and Lynda Resnick Revocable Trust, dated December 27, 1988, as amended (parent of The Wonderful Company LLC);
3. Wonderful Legacy Inc. (parent of The Wonderful Company LLC);
4. Justin Vineyards & Winery LLC (Defendant);
5. Luxury Wine Holdings LLC (parent of Defendant Justin Vineyards & Winery LLC)

DATED: February 8, 2023        Respectfully submitted,

By: /s/ Lisa A. Stilson
Lisa A. Stilson
Attorneys for Defendants,
JUSTIN VINEYARDS & WINERY LLC
THE WONDERFUL COMPANY LLC

---

[1] Justin previously filed this document on December 6, 2022. See Dkt. 21-2.