# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN VINEYARDS & WINERY LLC, THE WONDERFUL COMPANY LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-06039 PA (RAOx)<br><br>**[PROPOSED] ORDER**<br><br>Date:   March 20, 2023<br>Time:   1:30 PM<br>Crtrm.:  9A<br><br>[Assigned to the Honorable Judge Percy Anderson] |

The Court, having considered all papers filed in support of Defendants Justin Vineyards & Winery LLC's and The Wonderful Company LLC's Motion to Compel Arbitration of Intervenor Plaintiff Olivia Barajas finds there is good cause appearing to grant the Motion and compel Intervenor Plaintiff Olivia Barajas to arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, et seq. (the "FAA") and to stay her claims in the action on the grounds that she entered into a valid, written agreement to arbitrate all of the claims she asserts in the above-entitled action.

**IT IS HEREBY ORDERED** that Defendants Justin Vineyards & Winery LLC and The Wonderful Company LLC's Motion to Compel Arbitration of Intervenor Plaintiff Olivia Barajas is GRANTED and Intervenor Plaintiff Olivia Barajas' claims are STAYED pending arbitration.

**IT IS SO ORDERED**.

DATED: _____          _____
                                Hon. Percy Anderson
                                Judge of the United States District Court