# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

vs.

JUSTIN VINEYARDS & WINERY LLC, THE WONDERFUL COMPANY LLC, and DOES 1-10, inclusive,

Defendants.

Case No.: 2:22-cv-06039-MRA (RAOx)

Hon. Mónica Ramírez Almadani

**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO FILE STIPULATION OF DISMISSAL [223]**

For good cause shown, the Joint Stipulation to Continue Deadline to File Stipulation of Dismissal (Dkt. No. 223) is hereby GRANTED, and the Dismissal Date shall be continued to March 23, 2026.

IT IS SO ORDERED.

Dated: March 4, 2026

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE