Beatriz B. Andre, SBN 367034
Beatriz.andre@eeoc.gov
Sophia Tarazi, SBN 329721
sophia.tarazi@eeoc.gov
Chanmealea Thou, SBN 326469
chanmealea.thou@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 785-3008
Facsimile:  (213) 894-1301
Email:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN VINEYARDS & WINERY LLC, THE WONDERFUL COMPANY LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-6039-MRA (RAOx)<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE AND ORDER; EXHIBIT A** |

-i-

Gaganjyot K. Sandhu, SBN 327379
gaganjyot.sandhu@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
550 West C Street, Suite 750
San Diego, CA 92101
Telephone: (619) 900-1616
Facsimile: (619) 557-7274

Attorney for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

-ii-

**TO THE HONORABLE U.S. DISTRICT JUDGE, MAGISTRATE JUDGE, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Plaintiff Equal Employment Opportunity Commission ("Plaintiff" or "EEOC") files this Notice of Lodging of the attached documents, [PROPOSED] CONSENT DECREE AND ORDER and Exhibit A, which have been agreed to and signed by EEOC and Defendants Justin Vineyards & Winery LLC and The Wonderful Company LLC. The attached documents are hereby lodged for this Court's approval and entry into the record.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: March 23, 2026                By:    */s/ Chanmealea Thou*
                                            Chanmealea Thou
                                            Attorney for Plaintiff EEOC

-1-