# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN VINEYARDS & WINERY LLC, THE WONDERFUL COMPANY LLC, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-06039-MRA (RAOx) <br><br> **CONSENT DECREE AND ORDER** |

The Court, having considered the Parties' Proposed Consent Decree and finding it fair, adequate, reasonable, and just, hereby APPROVES the Consent Decree and ORDERS as follows:

1. Parties shall comply with all provisions of the Consent Decree;

2. The Clerk of the Court shall close this case; and

3. The Court shall retain jurisdiction over this Consent Decree until its expiration or as determined by this Court.

IT IS SO ORDERED.

Date: March 26, 2026

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

-1-